```
1  PAUL R. BARTLESON #119273
   LAW OFFICES OF PAUL R. BARTLESON
2  1007 7th Street, Suite 214
   Sacramento, CA 95814
3  Ph. # (916) 447-6640
   Fax # (916) 447-7840
4  paulbartlesonlaw@comcast.net

5  Attorney for Plaintiff
   DANIEL JURIN
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

-o0o-

| | |
|---|---|
| DANIEL JURIN, an Individual, | CASE NO. 09-01695 |
| Plaintiff, | ATTACHMENT TO COMPLAINT |
| vs. | REGISTRATION INFORMATION FOR TRADEMARK |
| GOOGLE, INC. | |
| Defendant. | |

Attached hereto as Exhibit A to the complaint on file herein, please find Exhibit A, a record from the United States Trade and Patent Office, for the Word Mark, Styrotrim,

1. Serial Number 878688016;

2. Filing Date: August 8, 2005;

3. Registration Number 3120443;

4. Registration Number 3120443

5. Registration Date July 25, 2006;

6. Owner: Daniel R. Jurin.

A true and correct copy from the USTPO is attached hereto as Exhibit A.

-1-

1  //

2  DATED: November 2, 2009

Respectfully submitted.

LAW OFFICES OF PAUL R. BARTLESON

By/s/ Paul R. Bartleson

PAUL R. BARTLESON #119273
Attorney for Plaintiff, DANIEL JURIN

-2-

|  |  |
|---|---|
| **Register** | **PRINCIPAL** |
| **Live/Dead Indicator** | LIVE |

**TESS HOME** NEW USER STRUCTURED FREE FORM BROWSE DICT
**SEARCH OG** TOP HELP PREV LIST CURR LIST
NEXT LIST FIRST DOC PREV DOC NEXT DOC LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Dan  show details Oct 22 (11 days ago)   Reply

Javascript required to view site-wide navigation bar. >>
**View Alternative Site Navigation**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 22 04:01:28 EDT 2009*

**TESS HOME** NEW USER STRUCTURED FREE FORM BROWSE DICT
**SEARCH OG** BOTTOM HELP PREV LIST CURR LIST
NEXT LIST FIRST DOC PREV DOC NEXT DOC LAST DOC

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: OR [Jump] to record: **Record 1 out of 2**

TDR

( *Use the "Back" button of the Internet Browser to return to TESS)*

**StyroTrim**

| | |
|---|---|
| **Word Mark** | STYROTRIM |
| **Goods and Services** | IC 019. US 001 012 033 050. G & S: Non-metal decorative moldings and decorative trim for use in building construction. FIRST USE: 20050501. FIRST USE IN COMMERCE: 20050501 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.15.25 - Fiberglass; Floor tiles; Gravel; Shingles; Tiles |
| **Serial Number** | 78688016 |
| **Filing Date** | August 8, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 2, 2006 |
| **Registration Number** | 3120443 |
| **Registration Date** | July 25, 2006 |
| **Owner** | (REGISTRANT) Jurin, Daniel R. INDIVIDUAL UNITED STATES 7732 Fair Oaks Blvd. Carmichael CALIFORNIA 95608 |
| **Description of Mark** | The applicant claims color as a feature of the mark, namely, black, white, and grey. The mark consists of the word "StyroTrim", |

in black with grey shadowing, superimposed upon a black and white drawing, with grey background, of a piece of house trim. The mark consists of a piece of house trim with the word "Styrotrim".

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT
SEARCH OG   TOP        HELP       PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Archive**   Report spam   Delete   Move to Inbox   Labels

More actions

**Gmail** Calendar Documents more ▼     paulbalt44@gmail.com | [older] [Settings | Help | Sign out]

jurin      Search Mail    Search the Web

Archive   Report spam   Delete   Move to Inbox   Labels
More actions

### Emailing: Trademark Electronic Search System (TESS).htm   Inbox   x

Dan   show details   Oct 22 (11 days ago)     Reply

Javascript required to view site-wide navigation bar. >>
View Alternative Site Navigation

**Trademarks** > Trademark Electronic Search System (TESS)

New window
Print all
Collapse all
Forward all
Turn off highlighting

**Map this**
7732 Fair Oaks Blvd
Carmichael, CALIFORNIA
95608

Sponsored Links

TESS was last updated on Thu Oct 22 04:01:28 EDT 2009

Search, add, or invite

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT
SEARCH OG   BOTTOM   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:   OR [Jump] to record:   **Record 2 out of 2**

TDR

_____ ( Use the "Back" button of the Internet Browser to return to TESS)

Form a Free Corporation
Live anywhere and Inc in tax-free NV. Since 1989. 30k corps formed
www.corporateservicecenter...

CA Fictitious Name Filing
Easily File & Publish California Fictitious Business Names Online!
www.SignatureFiling...

Register for the SAT
Act now to build a better college application. Register today!
www.collegeboard.com/act...

Pre-Owned Lincoln Mark
Search Certified Pre-Owned inventory. Find your Lincoln Mark
lincoln.com/po

Form a Free Non-Profit
Free Non-Profit Filing Services
No Processing Fees. File Today!
RocketLawyer.com/Free-Non-Profit

Unique Crown Moldings
Crown, Cornice, Cove, Panel Molding & More. Order Online or By Phone!
www.invitingHome.com

European Patent Attorney

# STYROTIM

European Patent Attorneys
We secure your brand and your name!
Professional Trademark Services
www.lohrpatent.de

Landing Page Templates
Boost Conversions w/ Free Templates
Plus Free Companion Email Templates
Lyris.com/Pay_Per_Click

More about...
US Trademark Application »
Trademark Review »
Trademark Agency »
Trademark Services »

About these links

| | |
|---|---|
| **Word Mark** | STYROTRIM |
| **Goods and Services** | IC 019. US 001 012 033 050. G & S: Non-metal decorative moldings and decorative trim for use in building construction. FIRST USE: 20050501. FIRST USE IN COMMERCE: 20050501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78687970 |
| **Filing Date** | August 8, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 2, 2006 |
| **Registration Number** | 3120439 |
| **Registration Date** | July 25, 2006 |
| **Owner** | (REGISTRANT) Jurin, Daniel, R. INDIVIDUAL UNITED STATES 7732 Fair Oaks Blvd. Carmichael CALIFORNIA 95608 |
| **Type of Mark** | TRADEMARK |

1  PAUL R. BARTLESON #119273
   LAW OFFICES OF PAUL R. BARTLESON
2  1007 7th Street, Suite 214
   Sacramento, CA 95814
3  Ph. # (916) 447-6640
   Fax # (916) 447-7840
4  paulbartlesonlaw@comcast.net

5  Attorney for Plaintiff
   DANIEL JURIN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

-o0o-

| | |
|---|---|
| DANIEL JURIN, an Individual, | CASE NO. 09-01695 |
| Plaintiff, | ATTACHMENT TO COMPLAINT |
| vs. | REGISTRATION INFORMATION FOR TRADEMARK |
| GOOGLE, INC. | |
| Defendant. | |

Attached hereto as Exhibit A to the complaint on file herein, please find Exhibit A, a record from the United States Trade and Patent Office, for the Word Mark, Styrotrim,

1. Serial Number 878688016;

2. Filing Date: August 8, 2005;

3. Registration Number 3120443;

4. Registration Number 3120443

5. Registration Date July 25, 2006;

6. Owner: Daniel R. Jurin.

A true and correct copy from the USTPO is attached hereto as Exhibit A.

-1-

1 //

2 DATED: November 2, 2009

Respectfully submitted.

LAW OFFICES OF PAUL R. BARTLESON

By /s/ Paul R. Bartleson

PAUL R. BARTLESON #119273
Attorney for Plaintiff, DANIEL JURIN

| | |
|---|---|
| Live/Dead Indicator | LIVE |

```
TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT
SEARCH OG    TOP        HELP      PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC
```

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Dan  show details Oct 22 (11 days ago)    Reply

Javascript required to view site-wide navigation bar. >>
**View Alternative Site Navigation**

### Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 22 04:01:28 EDT 2009*

```
TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT
SEARCH OG   BOTTOM       HELP      PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC
```

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:  OR [Jump] to record:  **Record 1 out of 2**

**TDR**

*( Use the "Back" button of the Internet Browser to return to TESS)*

# StyroTrim

| | |
|---|---|
| **Word Mark** | STYROTRIM |
| **Goods and Services** | IC 019. US 001 012 033 050. G & S: Non-metal decorative moldings and decorative trim for use in building construction. FIRST USE: 20050501. FIRST USE IN COMMERCE: 20050501 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.15.25 - Fiberglass; Floor tiles; Gravel; Shingles; Tiles |
| **Serial Number** | 78688016 |
| **Filing Date** | August 8, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 2, 2006 |
| **Registration Number** | 3120443 |
| **Registration Date** | July 25, 2006 |
| **Owner** | (REGISTRANT) Jurin, Daniel R. INDIVIDUAL UNITED STATES 7732 Fair Oaks Blvd. Carmichael CALIFORNIA 95608 |
| **Description of Mark** | The applicant claims color as a feature of the mark, namely, black, white, and grey. The mark consists of the word "StyroTrim", |

in black with grey shadewing, superimposed upon a black and white drawing, with grey background, of a piece of house trim. The mark consists of a piece of house trim with the word "Styrotrim".

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT
SEARCH OG   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Archive**   Report spam   Delete   Move to Inbox   Labels

More actions

Gmail Calendar      paulbart44@gmail.com | Older | Settings | Help | Sign out

jurin          Search Mail    Search the Web

Archive    Report spam    Delete    Move to Inbox    Labels

More actions

### Emailing: Trademark Electronic Search System (TESS).htm    Inbox   x

Dan   show details   Oct 22 (11 days ago)     Reply

Javascript required to view site-wide navigation bar. >>
View Alternative Site Navigation

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 22 04:01:28 EDT 2009*

Search, add, or invite

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT
SEARCH OG   BOTTOM   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:   OR [Jump] to record:   **Record 2 out of 2**

TDR

_____ ( Use the "Back" button of the Internet Browser to return to TESS)

---

**New window**
Print all
Collapse all
Forward all
Turn off highlighting

**Map this**
7732 Fair Oaks Blvd
Carmichael CALIFORNIA 95608

Sponsored Links

Form a Free Corporation
Live anywhere and Inc in tax-free NV. Since 1989. 30k corps formed
www.corporateservicecenter.com

CA Fictitious Name Filing
Easily File & Publish California Fictitious Business Names Online!
www.SignatureFiling.com

Register for the SAT
Act now to build a better college application. Register today!
www.collegeboard.com/sat

Pre-Owned Lincoln Mark
Search Certified Pre-Owned inventory. Find your Lincoln Mark

Form a Free Non-Profit
Free Non-Profit Filing Services
No Processing Fees. File Today!
RocketLawyer.com/Free-Non-Profit

Unique Crown Moldings
Crown, Cornice, Cove, Panel Molding & More. Order Online or By Phone!
www.invitinghome.com

European Patent Attorneys

# STYROTRIM

European Patent Attorneys
We secure your brand and your name!
Professional Trademark Services
www.lohrpatent.de

Landing Page Templates
Boost Conversions w/ Free Templates
Plus Free Companion Email Templates
Lyris.com/Pay_Per_Click

More about...

US Trademark Application »
Trademark Review »
Trademark Agency »
Trademark Services »

About these links

| | |
|---|---|
| **Word Mark** | STYROTRIM |
| **Goods and Services** | IC 019. US 001 012 033 050. G & S: Non-metal decorative moldings and decorative trim for use in building construction. FIRST USE: 20050501. FIRST USE IN COMMERCE: 20050501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78687970 |
| **Filing Date** | August 8, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 2, 2006 |
| **Registration Number** | 3120439 |
| **Registration Date** | July 25, 2006 |
| **Owner** | (REGISTRANT) Jurin, Daniel, R. INDIVIDUAL UNITED STATES 7732 Fair Oaks Blvd. Carmichael CALIFORNIA 95608 |
| **Type of Mark** | TRADEMARK |