Case 2:09-cv-03065-MCE-KJM   Document 4   Filed 11/04/2009   Page 2 of 2

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | |
| NAME OF SERVER (PRINT) MARTIN RUSK | TITLE Agent for Service |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Corporation Service Company 2730 Gateway Oaks Dr. Suite 100 Sacramento, CA 95833 Agent for Service

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/10/09
Date

Signature of Server

PO Box 661, Carmichael, CA 95609
Address of Server

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
           Date                 Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure