1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Margret M. Caruso (Bar No. 243473)
2     margretcaruso@quinnemanuel.com
     Cheryl A. Galvin (Bar No. 252262)
3     cherylgalvin@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, CA  94065-2129
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100
   Attorneys for Defendant
6  Google Inc.

         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF CALIFORNIA
         SACRAMENTO DIVISION

| DANIEL JURIN, an Individual, | CASE NO. 2:09-cv-03065-MCE-KJM |
|---|---|
| Plaintiff, | **GOOGLE INC.'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |
| vs. | |
| GOOGLE, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 6-144, Defendant Google Inc. ("Google") respectfully requests an extension of time of 30 days until December 30, 2009 by which to respond to the complaint of Plaintiff Daniel Jurin ("Jurin").  As is demonstrated in the accompanying Declaration of Margret M. Caruso, good cause exists for Google's request for an extension of time.

This is Google's first request for an extension of time in this action.  The complaint was served on November 10, 2009.  Declaration of Margret M. Caruso, dated Nov. 23, 2009, ¶ 3.  Google's response to the complaint is currently due on November 30, 2009.  *Id*. at ¶ 4.  Google plans to file a Motion to Dismiss under Rule 12(b)(6) and a Motion for Costs under Rule 41(d) and requests an extension of time to prepare the motions and to account for the personal, Thanksgiving-related plans of the attorneys working on this matter.  *Id*. at ¶ 5.  Jurin has refused Google's request for an extension.  *Id.* at ¶ 6.

-1-

Accordingly, Google respectfully requests that the Court enter an order extending Google's time to respond to the complaint by 30 days, to December 30, 2009, consistent with the [Proposed] Order that Google is submitting with this *Ex Parte* Application.

DATED: November 23, 2009  QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By /s/ Margret M. Caruso
  Margret M. Caruso
  Attorneys for Google Inc.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
  Cheryl A. Galvin (Bar No. 252262)
  cherylgalvin@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065-2129
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL JURIN, an Individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE, INC.,<br><br>　　　　Defendants. | CASE NO. 2:09-cv-03065-MCE-KJM<br><br>**[PROPOSED] ORDER EXTENDING GOOGLE INC.'S TIME TO RESPOND TO THE INITIAL COMPLAINT** |

### [PROPOSED] ORDER

Upon consideration of the *ex parte* application submitted in this matter, Google's request to extend its time to answer or otherwise respond to the initial complaint by 30 days to December 30, 2009 is hereby GRANTED.

DATED: _____, 2009

　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-
Google's Ex Parte Application for Extension
of Time to Respond to the Complaint