QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
  Cheryl A. Galvin (Bar No. 252262)
  cherylgalvin@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065-2129
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL JURIN, an Individual, | CASE NO. 2:09-cv-03065-MCE-KJM |
| Plaintiff, | **DECLARATION OF MARGRET M. CARUSO** |
| vs. | |
| GOOGLE, INC., | |
| Defendant. | |

## DECLARATION OF MARGRET M. CARUSO

I, Margret M. Caruso, hereby declare as follows:

1. I am a member of the Bar of the State of California and a partner of the law firm of Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel"), attorneys of record for defendant Google Inc. ("Google") in this matter. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. I submit this Declaration in support of Google Inc.'s *Ex Parte* Application of Time to Respond to the Complaint.

3. Plaintiff Daniel Jurin ("Jurin") served the complaint on Google on November 10, 2009.

4. Google's response to the complaint is currently due on November 30, 2009.

-1-

5. Defendant Google intends to file a Motion to Dismiss under Rule 12(b)(6) as well as a Motion for Costs under Rule 41(d), both of which require time to prepare. In addition, Google's Motion to Dismiss under Rule 12(b)(6) is currently due the Monday after Thanksgiving, and the attorneys working on the matter have pre-existing personal plans for several of the days between now and that Monday.

6. I contacted counsel for Jurin, Paul R. Bartleson, via telephone, on November 18, 2009. Mr. Bartleson initially refused to agree to an extension of time to respond to the complaint, but later stated that he would need to contact his client for permission to grant an extension and that he would get back to me. Having not heard further from Mr. Bartleson, I emailed him this morning to follow up, and then called him this afternoon. During that call, Mr. Bartleson said that Jurin would not agree to an extension of time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of November, 2009.

By /s/ Margret M. Caruso
Margret M. Caruso