QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Margret M. Caruso (Bar No. 243473)
   margretcaruso@quinnemanuel.com
  Cheryl A. Galvin (Bar No. 252262)
   cherylgalvin@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065-2129
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100
Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL JURIN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO. 2:09-cv-03065-MCE-KJM<br><br>**PLAINTIFF GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Google Inc. in the above captioned action, states as follows:

Defendant Google Inc. certifies that the following persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have an interest in the outcome of this lawsuit:

1.      <u>Defendant Google Inc.</u>, 1600 Amphitheater Parkway, Mountain View, California 94043.

Google Inc. is publicly traded as "GOOG." Google Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of the stock of Google Inc.

Respectfully Submitted,

GOOGLE INC.
By counsel

/s/ Margret M. Caruso

Margret M. Caruso (Bar No. 243473)
QUINN EMANUEL URQUHART OLIVER & HEDGES
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 (facsimile)
margretcaruso@quinnemanuel.com
*Counsel for Defendant Google Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L.R. 5-135 on November 24, 2009.

/s/ Margret M. Caruso
Margret M. Caruso
QUINN EMANUEL URQUHART OLIVER & HEDGES
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 (facsimile)
margretcaruso@quinnemanuel.com
*Counsel for Defendant Google Inc.*