1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Margret M. Caruso (Bar No. 243473)
2    margretcaruso@quinnemanuel.com
     Cheryl A. Galvin (Bar No. 252262)
3    cherylgalvin@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, CA  94065-2129
   Telephone:     (650) 801-5000
5  Facsimile:     (650) 801-5100
   Attorneys for Defendant
6  Google Inc.

7

8

9                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
10                      SACRAMENTO DIVISION

11

12  DANIEL JURIN, an Individual,              CASE NO. 2:09-cv-03065-MCE-KJM

13              Plaintiff,                     **GOOGLE INC.'S *EX PARTE*
                                              APPLICATION FOR EXTENSION OF
14      vs.                                   TIME TO RESPOND TO THE
                                              COMPLAINT**
15  GOOGLE, INC.,

16              Defendant.

17

18         Pursuant to Civil L.R. 6-144, Defendant Google Inc. ("Google") respectfully requests an

19  extension of time of 30 days until December 30, 2009 by which to respond to the complaint of

20  Plaintiff Daniel Jurin ("Jurin").  As is demonstrated in the accompanying Declaration of Margret

    M. Caruso, good cause exists for Google's request for an extension of time.

21         This is Google's first request for an extension of time in this action.  The complaint was

22  served on November 10, 2009.  Declaration of Margret M. Caruso, dated Nov. 23, 2009, ¶ 3.

23  Google's response to the complaint is currently due on November 30, 2009.  *Id.* at ¶ 4.  Google

24  plans to file a Motion to Dismiss under Rule 12(b)(6) and a Motion for Costs under Rule 41(d)

25  and requests an extension of time to prepare the motions and to account for the personal,

26  Thanksgiving-related plans of the attorneys working on this matter.  *Id.* at ¶ 5.  Jurin has refused

27  Google's request for an extension.  *Id.* at ¶ 6.

28

                                            -1-

1    Accordingly, Google respectfully requests that the Court enter an order extending

2    Google's time to respond to the complaint by 30 days, to December 30, 2009, consistent with the

3    [Proposed] Order that Google is submitting with this *Ex Parte* Application.

4

5    DATED: November 23, 2009                    QUINN EMANUEL URQUHART
                                                 OLIVER & HEDGES, LLP
6

7

8                                                By /s/ Margret M. Caruso
                                                    Margret M. Caruso
9                                                   Attorneys for Google Inc.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
  Cheryl A. Galvin (Bar No. 252262)
  cherylgalvin@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065-2129
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100
Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL JURIN, an Individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>GOOGLE, INC.,<br><br>        Defendants. | CASE NO. 2:09-cv-03065-MCE-KJM<br><br>**ORDER EXTENDING GOOGLE INC.'S TIME TO RESPOND TO THE INITIAL COMPLAINT** |

## <u>ORDER</u>

Upon consideration of the *ex parte* application submitted in this matter, Google's request to extend its time to answer or otherwise respond to the initial complaint by 30 days to December 30, 2009 is hereby GRANTED.

DATED: 11/25/2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE