QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Margret M. Caruso (Bar No. 243473)
   margretcaruso@quinnemanuel.com
  Cheryl Galvin (Bar No. 252262)
   cherylgalvin@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:　(650) 801-5000
Facsimile:　(650) 801-5100

Attorneys for Google Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Daniel Jurin, an Individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Google Inc.,<br><br>　　　　Defendant. | CASE NO. 2:09-cv-03065-MCE-KJM<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO DISMISS** |

## [PROPOSED] ORDER

Upon consideration of the briefing submitted by the parties in this matter, Google Inc.'s Motion to Dismiss is hereby GRANTED and Jurin's claims for false designation of origin, intentional and negligent interference with contractual relations and prospective economic advantage, fraud, unjust enrichment, conversion and negligent interference with existing economic relations are hereby dismissed with prejudice.

DATED _____, 2010

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE