1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| DANIEL JURIN, an Individual, | CASE NO. 2:09-cv-03065-MCE-KJM |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR COSTS AND TO STAY THE PROCEEDINGS UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 41(d)** |
| vs. | |
| GOOGLE, INC., | |
| Defendants. | |

### [PROPOSED] ORDER

Upon consideration of the briefing submitted by the parties in this matter, Google Inc.'s Motion For Costs and To Stay The Proceedings is hereby GRANTED.

Plaintiff Jurin is hereby ORDERED to pay Google Inc. costs under Rule 41(d) in the amount of $6,030.52.

This action is hereby STAYED until Plaintiff complies with this order.

DATED: _____, 2010

By _____
Hon. Morrison C. England, Jr.
UNITED STATES DISTRICT JUDGE