# EXHIBIT B

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|  | Margret M. Caruso (Bar No. 243473) |
| 2 | margretcaruso@quinnemanuel.com |
|  | 555 Twin Dolphin Drive, Suite 560 |
| 3 | Redwood Shores, CA 94065-2129 |
|  | Telephone: (650) 801-5000 |
| 4 | Facsimile: (650) 801-5100 |
|  | Scott B. Kidman (Bar No. 119856) |
| 5 | scottkidman@quinnemanuel.com |
|  | Stan Karas (Bar No. 222402) |
| 6 | stankaras@quinnemanuel.com |
|  | 865 S. Figueroa Street, 10th Floor |
| 7 | Los Angeles, CA 90017-2543 |
|  | Telephone: (213) 443-3000 |
| 8 | Facsimile: (213) 443-3100 |

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JURIN, an Individual, | CASE NO. cv09-03934 (GHK) |
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) |
| vs. | |
| GOOGLE INC., a Delaware Corporation; and DOES 1-10, inclusive, | Complaint served: June 11, 2009<br>Current response date: July 1, 2009<br>New response date: July 15, 2009 |
| Defendants. | |

## STIPULATION FOR EXTENSION OF TIME

Pursuant to Local Rule 8-3, Plaintiff DANIEL JURIN ("Jurin") and Defendant GOOGLE INC. ("Google") hereby stipulate that Google may have an extension of time until July 15, 2009 to respond to Jurin's complaint in the above-captioned matter.

///

///

///

STIPULATION FOR EXTENSION OF TIME

```
 1  DATED: 6/30, 2009        QUINN EMANUEL URQUHART OLIVER &
                             HEDGES, LLP
 2
 3
                             By /s/ Margret M. Caruso
 4                              Margret M. Caruso
                                Attorneys for Defendant Google Inc.
 5
 6  DATED: 6/30, 2009        DONIGER/BURROUGHS APC
 7
 8                           By /s/ Scott A. Burroughs
                                Scott A. Burroughs
 9                              Attorneys for Plaintiff Daniel Jurin
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

-2-