# EXHIBIT C

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Margret M. Caruso (Bar No. 243473)
2    margretcaruso@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, CA  94065-2129
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100
     Scott B. Kidman (Bar No. 119856)
5    scottkidman@quinnemanuel.com
     Stan Karas (Bar No. 222402)
6    stankaras@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
7  Los Angeles, CA  90017-2543
   Telephone:    (213) 443-3000
8  Facsimile:    (213) 443-3100

9  Attorneys for Defendant
   Google Inc.
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| 14  DANIEL JURIN, an Individual, | CASE NO. cv09-03934 (GHK) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| GOOGLE INC., a Delaware Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

### STIPULATION FOR EXTENSION OF TIME

Pursuant to Local Rule 8-3, Plaintiff DANIEL JURIN ("Jurin") and Defendant GOOGLE INC. ("Google") hereby stipulate that Google may have an extension of time until August 1, 2009 to respond to Jurin's complaint in the above-captioned matter.  The response was originally due on July 1, 2009, and was subsequently extended by stipulation until July 15, 2009.  Moving the deadline to August 1, 2009 will have the same result as a 31-day extension from the original due date.

1  Because several similar lawsuits have been filed in separate jurisdictions against Google
2  and Google would like an opportunity to analyze and respond to each in a similar timeframe, and
3  because in-house counsel at Google responsible for this matter has been unavailable due to a long-
4  scheduled commitment, and the undersigned counsel for Google has been traveling much of the
5  past few weeks for other clients, the parties have agreed to stipulate to an extension of time until
6  August 1, 2009.

DATED: 7/10, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Margret M. Caruso
Attorneys for Defendant Google Inc.

DATED: 7/10, 2009

DONIGER/BURROUGHS APC

By _____
Scott A. Burroughs
Attorneys for Plaintiff Daniel Jurin