# EXHIBIT D

Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JURIN,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC.; et al.,<br><br>Defendants. | Case No.:  09-3934 GHK (Ex)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ACTION PURSUANT TO FED.R.CIV.P. 41 et seq.** |

///
///
///

1
NOTICE OF DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, Daniel Jurin ("Jurin"), hereby files the following dismissal of this action, and does so pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i):

1. Jurin hereby dismisses <u>without prejudice</u> this action in its entirety.

This dismissal is without prejudice to pursuing the claims set forth in this action at a later date.

Respectfully submitted,

Dated: July 23, 2009    **DONIGER / BURROUGHS**

By:   /S/ Scott A. Burroughs
Scott A. Burroughs, Esq.
Attorneys for Plaintiff