Jurin v. Google Inc. Doc. 11 Att. 5

# EXHIBIT E

Dockets.Justia.com

**Category (b):** Negotiating, preparing, and filing stipulations to extend time to respond to the complaint, including internal review and discussion of local practice and work related to (unfiled) motion for extension of time.

**Attorneys' Fees Associated with Category (b)**

| Attorney Name | Hours Spent | Hourly Rate | Total Fees |
|---|---|---|---|
| Margret Caruso | 3.7 | $720 | $ 2,664.00 |
| Stan Karas | 1.8 | $415 | $ 747.00 |
| Cheryl Galvin | 2.0 | $355 | $ 710.00 |
| **Total:** | **7.5** | | **$ 4,121.00** |

**Out-of-Pocket Expenses Associated with Category (b)**

| Express mail charges to file stipulation to extend time | $ 15.74 |
|---|---|
| Fax and service charges to file second stipulation to extend time | $ 51.67 |
| Copies and printouts related to filing the stipulations to extend time | $ 3.60 |
| **Total:** | **$ 71.01** |

**Category (c):** Other activities specific to the action in the Central District of California, including preliminary review of the complaint and communicating with opposing counsel regarding case status and timing.

**Attorneys' Fees Associated with Category (c)**

| Attorney Name | Hours Spent | Hourly Rate | Total Fees |
|---|---|---|---|
| Margret Caruso | 1.9 | $720 | $ 1,368.00 |
| Stan Karas | .6 | $415 | $ 249.00 |
| **Total:** | **2.3** | | **$ 1,635.00** |

**Out-of-Pocket Expenses Associated with Category (c)**

| Admission Fee to Central District of California | $ 185.00 |
|---|---|
| Fax of paperwork for admission to Central District of California | $ 3.00 |
| Federal Express charge for admission to Central District of California | $ 15.51 |
| **Total:** | **$ 203.51** |