PAUL R. BARTLESON #119273
LAW OFFICES OF PAUL R. BARTLESON
1007 7th Street, Suite 214
Sacramento, CA 95814
Ph. # (916) 447-6640
Fax # (916) 447-7840
paulbartlesonlaw@comcast.net

Attorney for Plaintiff
DANIEL JURIN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

-o0o-

| | |
|---|---|
| DANIEL JURIN, an Individual, | CASE NO. 2:09-cv-03065-MCE-KJM |
| Plaintiff, | OPPOSITION TO MOTION FOR COSTS |
| vs. | DATE: January 28, 2010<br>TIME: 2:00 P.M. |
| GOOGLE, INC. | DEPT: 7<br>Honorable Morrison C. England, Jr. |
| Defendant. | |

Plaintiff DANIEL JURIN (hereinafter "Plaintiff' or "JURIN"), hereby files his OPPOSITION TO MOTION FOR COSTS filed by GOOGLE as follows:

1. The declaration of Margaret Caruso is based on hearsay, and not substantiated in detail.

2. The cost of being admitted to another District is cost of business to be borne by counsel and not the client.

3. There is no detailed billing statement regarding the time expended or what activities were undertaken.

4. No opposition was ever filed in the previous case; no motion for costs was made; in fact, there is no documentation that anything was done other than ponder the general state of

| | |
|---|---|
| 1 | Googles litigation in this case and all other jurisdictions. |
| 2 | 5. The work expended in drafting two stipulations would have involved less than .20 hours |
| 3 | of a paralegal's time, let alone any competent lawyer. |
| 4 | 6. Defendant's claim is unsupported by any evidence other than the "Good Faith Estimate" |
| 5 | of Margaret Caruso, which is not a statement that those fees were actually incurred and |
| 6 | billed to the client, and appears to be grossly excessive. |
| 7 | 7. Further there is no declaration that those fees were ever billed to GOOGLE and actually |
| 8 | incurred. |
| 9 | 8. The claim of 7.5 hours in negotiating, preparing and filing stipulations to extend time |
| 10 | involving three attorneys is absurd. This matter could be mediated in less time. |
| 11 | 9. The fact that Google wanted to review other litigation in pending jurisdictions is a cost |
| 12 | not associated with this case has nothing to do with this case. |
| 13 | 10. There is no evidence that GOOGLE actually incurred any attorney's fees in costs in |
| 14 | connection with the prior action, and none were ever claimed. |
| 15 | 11. This motion should be seen as nothing more than an economic intimidation tactic |
| 16 | designed to deprive plaintiff of his day in court, in light of the allegation that GOOGLE |
| 17 | has already substantially harmed plaintiff and interfered with his business. |
| 18 | WHEREFORE, plaintiff prays for an order denying the motion for costs, and such other |
| 19 | and further relief as is just and proper. |
| 20 | // |

DATED: January 14, 2010  Respectfully submitted,

LAW OFFICES OF PAUL R. BARTLESON


By/s/ Paul R. Bartleson
PAUL R. BARTLESON #119273
Attorney for Plaintiff, DANIEL JURIN