QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
  Cheryl A. Galvin (Bar No. 252262)
  cherylgalvin@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065-2129
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100
Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL JURIN, an Individual, | CASE NO. 2:09-cv-03065-MCE-KJM |
| Plaintiff, | **DECLARATION OF MARGRET M. CARUSO** |
| vs. | |
| GOOGLE, INC., | |
| Defendant. | |

## **DECLARATION OF MARGRET M. CARUSO**

I, Margret M. Caruso, hereby declare as follows:

1. I am a member of the Bar of the State of California and a partner of the law firm of Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel"), attorneys of record for defendant Google Inc. ("Google") in this matter. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. I submit this Declaration in support of Google Inc.'s Motion to Dismiss.

3. Attached to this declaration as Exhibit A is a true and correct copy of a portion of the transcript from the motion to dismiss hearing in *Rosetta Stone v. Google Inc.*, Civ.No. 1:09cv736, (E.D. Va. 2009), as provided by the Eastern District of Virginia court reporter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of January, 2010.

By /s/ Margret M. Caruso
Margret M. Caruso