UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DANIEL JURIN, | No. 2:09-cv-03065-MCE-KJM |
| Plaintiff, | |
| v. | ORDER |
| GOOGLE INC., | |
| Defendant. | |

Through this action Plaintiff Daniel Jurin ("Plaintiff") alleges several violations of state and federal law arising out of the use of the trademarked name "Styrotrim" as a suggested keyword in the "AdWords" program operated by Defendant Google, Inc. ("Defendant"). Pursuant to Federal Rule of Civil Procedure 41(d), on March 1, 2010 this Court ordered Plaintiff (Docket No. 19) to pay to Defendant the attorney's fees and costs incurred in previous litigation on a nearly identical Complaint filed and voluntarily dismissed in the Central District of California. Plaintiff was directed to pay the amount of $6,030.52 not later than twenty days after the electronic filing of the Court's Order.

1

1    To date Plaintiff has failed to remit payment.  Presently
2 before the Court is Motion by Defendant to Stay proceedings until
3 the awarded costs of previous litigation are recouped.  In light
4 Plaintiff's failure to comply with the Court's mandate,
5 Defendant's Motion to Stay Proceedings (Docket No. 23) is
6 GRANTED.[1]

7    This action is hereby stayed for a period of twenty (20)
8 days.  Plaintiff is once again ordered to pay costs for the
9 previous action brought against Defendant not later than twenty
10 (20) days after the date this Memorandum and Order is filed
11 electronically, and further instructed to file Notice with the
12 Court that such costs have been paid.  If notification of payment
13 is not filed within said twenty (20)day period, without further
14 notice from the Court, Plaintiff's claims will be dismissed
15 without leave to amend.

16    IT IS SO ORDERED.

Dated: July 23, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing.  E.D. Cal. Local Rule 230(g).