UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL JURIN,

      Plaintiff,

  v.

GOOGLE INC.,

      Defendants.

No. 2:09-cv-03065-MCE-KJM

**ORDER CONTINUING HEARING AND REQUESTING FURTHER BRIEFING**

----oo0oo----

Before adjudicating Defendant's pending Motion to Dismiss Plaintiff's Second Amended Complaint, the Court believes that further briefing is necessary. Briefs should only address whether a claim for false designation has been properly pled under the false association prong of the cause of action, 15 U.S.C. § 1125(a)(1)(A), as distinct from the false advertising prong, 15 U.S.C. § 1125(a)(1)(B). Waits v. Frito-Lay, Inc., 978 F.2d 1093, 1109-10 (9th Cir. 1992).

///

///

1

1 | The Court does not believe that question has adequately been
2 | briefed by the parties given the fact that each section of
3 | 15 U.S.C. § 1125(a)(1) has different standing requirements.
4 | Accordingly, the Court directs that simultaneous briefing on that
5 | issue only be provided not later than January 31, 2011.
6 | Responses, if any, are to be filed by February 4, 2011.  No reply
7 | will be permitted.  The hearing on the Motion to Dismiss (ECF
8 | No. 41) is hereby continued to February 10, 2011 at 2:00 p.m.
9 | IT IS SO ORDERED.

Dated: January 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2