QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Cheryl Galvin (Bar No. 252262)
cherylgalvin@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Jurin, an Individual, | CASE NO. 2:09-cv-03065-MCE-KJN (TEMP) |
| Plaintiff, | **ORDER AMENDING THE PRETRIAL SCHEDULING ORDER** |
| vs. | |
| Google Inc., | |
| Defendant. | |

### **ORDER**

The Pretrial Scheduling Order dated June 20, 2011 (ECF No. 54) is hereby amended to include the following language after the first paragraph of Section VI, Motion Hearing Schedule (page 4, lines 18-24):

> Notwithstanding the foregoing, Defendant may file a motion for summary judgment before August 9, 2012.  In that event, Plaintiff's opposition to Defendant's motion and Plaintiff's cross-motion, if any, shall be filed three weeks after the summary judgment brief is filed.  Defendant's reply and opposition to Plaintiff's cross-motion shall be filed two weeks after that.  Plaintiff's reply (if applicable) shall be filed two weeks after Defendant's reply.

///

///

1    Hearing on such motions shall be as soon as practicable thereafter, but not earlier
2    than one week after submission of the final briefing.

3 Date: July 8, 2011

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```