QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
  Cheryl Galvin (Bar No. 252262)
  cherylgalvin@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Jurin, an Individual, | CASE NO. 2:09-cv-03065-MCE-CKD |
| Plaintiff, | **STIPULATION AND ORDER AMENDING THE PRETRIAL SCHEDULING ORDER** |
| vs. | |
| Google Inc., | |
| Defendant. | |

### **STIPULATION REGARDING AMENDING SCHEDULING ORDER**

WHEREAS the Pretrial Scheduling Order in this action (Dkt. No. 54) set a settlement conference date of October 13, 2011 before Judge Dale A. Drozd and a deadline for submission of confidential settlement statements of October 6, 2011;

WHEREAS the client principal for Defendant is unable to attend the settlement conference on that date and, consistent with this Court's Order and the Local Rules, would like to attend the settlement conference;

WHEREAS counsel for Plaintiff agreed to engage in the settlement conference at a later date;

WHEREAS Judge Drozd's Deputy Clerk advised counsel that December 15, 2011 is the next available date for a settlement conference before Judge Drozd and requested that the parties file a stipulation to continue the settlement conference date from October 13, 2011 to December

1  15, 2011, and the deadline for submission of confidential settlement statements  from October 6,
2  2011 to December 8, 2011;
3       THE PARTIES HEREBY AGREE AND STIPULATE to have the settlement conference
4  date continued from October 13, 2011 to December 15, 2011, and the deadline for submission of
5  confidential settlement statements continued from October 6, 2011 to December 8, 2011.
6       The parties have not previously sought extensions of time under the Scheduling Order and
7  do not anticipate that this change will affect any other dates in the Scheduling Order.

8                            Respectfully submitted,

9                            FOR DEFENDANT GOOGLE INC.

10                           *[s] Margret M. Caruso*
11                           MARGRET M. CARUSO
                             QUINN EMANUEL URQUHART & SULLIVAN, LLP
12                           Margret M. Caruso (Bar No. 243473)
                             margretcaruso@quinnemanuel.com
13                           Cheryl A. Galvin (Bar No. 252262)
                             cherylgalvin@quinnemanuel.com
14                           555 Twin Dolphin Drive, 5th Floor
15                           Redwood Shores, CA 94065-2129
                             Telephone: (650) 801-5000
16                           Facsimile: (650) 801-5100

17

18                            FOR PLAINTIFF, DANIEL JURIN
19
                             *[s] Paul R. Bartleson CSBN 119273*
20                           LAW OFFICES OF PAUL R. BARTLESON
                             1007 7th Street, Suite 617
21                           Sacramento, CA 95814
                             Telephone: (916) 447-6640
22                           Facsimile: (916) 447-7840
                             paulbartlesonlaw@gmail.com
23
24
25
26
27
28

1 **ORDER**

2  The Pretrial Scheduling Order dated June 20, 2011 is hereby amended to have the
3 settlement conference date continued from October 13, 2011 to December 15, 2011, and the
4 deadline for submission of confidential settlement statements continued from October 6, 2011 to
5 December 8, 2011.

6 Dated: October 17, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE