Keith D. Cable, Esq., SBN 170055
**CABLE GALLAGHER**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
916/608-7995 Tel.
916/608-7986 Fax

Attorneys for Plaintiff
DANIEL JURIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JURIN, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>        Defendant. | Case No.: 2:09-CV-03065 MCE CKD<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Date: January 26, 2012<br>Time: 2:00 p.m.<br>Department: 7<br>Judge: Hon. Morrison C. England, Jr. |

**NOTICE OF MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **January 26, 2012 at 2:00 p.m.**, or as soon thereafter as the matter may be heard in Courtroom 7 of the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California, attorney Keith D. Cable will move the Court to withdraw as counsel of record for Plaintiff DANIEL JURIN ("Plaintiff"), pursuant to FRCP 83 and Eastern District Local Rule 182(d).

This motion is made on this Notice of Motion, the Motion to Withdraw as Counsel for Plaintiff, the Declaration of Keith D. Cable, the Declaration of Daniel Jurin, the memorandum of points and authorities submitted herewith, all exhibits submitted herewith, the records and files of this case, and any further oral or documentary evidence introduced at the hearing of this motion.

DATED: December 21, 2011                **CABLE GALLAGHER**

　　　　　　　　　　　　　　　　　　　　*/s/ Keith D. Cable*
　　　　　　　　　　　　　　　　　　　　By:   KEITH D. CABLE, ESQ.
　　　　　　　　　　　　　　　　　　　　       Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　       DANIEL JURIN

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Keith D. Cable, Esq. hereby submits the following Motion to Withdraw as Counsel for Plaintiff, and as grounds therefore would state:

### I.

### FACTUAL BACKGROUND

Plaintiff's prior counsel was on the verge of being suspended, and retained attorney Keith D. Cable on December 7, 2011 for limited purposes relative to a settlement conference then pending on December 15, 2011.  Jurin Declaration, ¶ 2, 3; Cable Declaration, ¶ 2.  Since the case did not resolve at the settlement conference, Plaintiff now intends to proceed in propria persona, and does not oppose the instant motion to withdraw.  Id. at ¶ 4; Cable Declaration, ¶ 3.

II.

**THE MOTION SHOULD BE GRANTED AS PLAINTIFF DESIRES TO PROCEED IN PROPRIA PERSONA AND DOES NOT OPPOSE THIS MOTION**

Filed contemporaneously with this motion is the Declaration of Daniel Jurin.  Mr. Jurin declares that his prior counsel was on the verge of being suspended, and retained Mr. Cable for limited purposes relative to a settlement conference then pending on December 15, 2011.  Jurin Declaration, ¶ 2, 3; Cable Declaration, ¶ 2.  Since the case did not resolve at the settlement conference, Mr. Jurin intends to proceed in propria persona, and does not oppose the instant motion to withdraw.  Id. at ¶ 4; Cable Declaration, ¶ 3.

IV.

**CONCLUSION**

For the reasons stated above, attorney Keith D. Cable respectfully requests that the Court grant the motion to withdraw as counsel for Plaintiff.

DATED: December 21, 2011        **CABLE GALLAGHER**

*/s/ Keith D. Cable*
By:    KEITH D. CABLE, ESQ.
         Attorneys for Plaintiff
         DANIEL JURIN

**PROOF OF SERVICE**

On this date, I served the foregoing document described as: **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF; DECLARATION OF DANIEL JURIN; DECLARATION OF KEITH D. CABLE** on the parties or persons below, as follows:

Daniel Jurin
7732 Fair Oaks Blvd.
Carmichael, CA  95608

The following is the procedure in which service of this document was effected:

☐ (BY REGULAR MAIL) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the City of Folsom, California after the close of the day's business.

☒ (BY E-MAIL) by sending a true and correct electronic copy in .pdf format to Daniel Jurin at styrodan@yahoo.com

☐ (BY FACSIMILE TRANSMITTAL) by placing a true copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

☐ (BY PERSONAL SERVICE) by delivering by hand and leaving a true copy with the person and/or secretary at the address shown above.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this document was executed at Folsom, California on December 21, 2011.

*/s/ Keith D. Cable*
KEITH D. CABLE