Keith D. Cable, Esq., SBN 170055
**CABLE GALLAGHER**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
916/608-7995 Tel.
916/608-7986 Fax

Attorneys for Plaintiff
DANIEL JURIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JURIN, an individual, | Case No. 2:09-CV-03065 MCE CKD |
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF KEITH D. CABLE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |
| GOOGLE, INC., | Date: January 26, 2012<br>Time: 2:00 p.m.<br>Department: 7<br>Judge: Hon. Morrison C. England, Jr. |
| Defendant. | |

I, Keith D. Cable, declare as follows:

1. Mr. Jurin's current mailing address is 7732 Fair Oaks Boulevard, Carmichael, California  95608.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 19th day of January 2012, at Folsom, California.

*/s/ Keith D. Cable*
KEITH D. CABLE