QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Margret M. Caruso (Bar No. 243473)
   margretcaruso@quinnemanuel.com
   Cheryl A. Berry (Bar No. 252262)
   cherylberry@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA   94065-2129
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100
Attorneys for Defendant
Google Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JURIN, an Individual,<br><br>       Plaintiff,<br><br>  vs.<br><br>GOOGLE, INC.,<br><br>       Defendant. | CASE NO. 2:09-cv-03065-MCE - CKD<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS PURSUANT TO CIV. L.R. 141** |

     This Court, having considered Defendant's Request to Seal Documents Pursuant to Civ. L.R. 141, hereby GRANTS Defendant's motion.

     The following document shall be filed under seal:

- Exhibit 18 to the Declaration of Cheryl A. Berry, submitted in support of Google Inc.'s Memorandum in Support of its Motion for Summary Judgment or, in the Alternative, Motion to Strike under Rule 41(b) for Failure to Prosecute

     IT IS SO ORDERED.

Dated:   August 22, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE